Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
OCALA Division

Plaintiff(s): CHRISTOPHER JAVAR MATHEWS

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): G. ACKERMAN, FNU PERRIGAN, FNU CORDERO, Warden ANTENELLI

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:23-CV-521-BJD-PRL
(to be filled in by the Clerk's Office)

FILED
2023 AUG 16 AM 11:30
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CHRISTOPHER JAVAR MATTHEWS
All other names by which you have been known: N/A
ID Number: #76913061
Current Institution: USP Hazelton
Address: Bruceton Mills, WV 26525-2000

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: WARDEN (FNU) ANTENELLI
Job or Title (if known): N/A
Shield Number: (B.O.P)
Employer: USP COLEMAN I 846 NE 54th Terrace
Address: Coleman, FL 33521-1029
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: G. ACKERMAN
Job or Title (if known): Correctional officer
Shield Number: N/A (B.O.P.)
Employer: USP COLEMAN I 846 NE 54th Terrace
Address: Coleman, FL 33521-1029
[✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: FNU PERRIGAN
Job or Title (if known): Correctional Officer
Shield Number: N/A
Employer: (B.O.P)
Address: USP Coleman I 846 NE 54th Terrace
Coleman, Fl 33521-1029
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: FNU. Lt. Cordero
Job or Title (if known): "Lieutenant"
Shield Number: N/A
Employer: (B.O.P)
Address: USP Coleman I 846 N.E. 54th Terrace
Coleman, Fl 33521-1029
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B.

IV "Statement of Claim"

1st WARDEN ANTENELLI is Responsible for his staff in their Capacity behavior. A BP-9 was filed to Inform. The Warden that J had been "assaulted" by his staff. Per-se and as he & Captains walk through. The S.H.U. Still NOTHing was done

"STATEMENT of Claim"

2nd on 9/16/21 F.N.U. Ackerman" employed as a Correctional officer at Coleman I initiated the Assault and Battery.

1st Denying me food. When my food slot was open. My celly and J expected food. Instead our Cell was sprayed with "MK-40" dispenser for about 20-25 Seconds. J Informed C.O. Ackerman that J could not breathe J have "asthma". My medical Conditions were known to C.O. Ackerman & medical. as we (J) was "Hand cuff" denied my "Asthma" pump. My celly and J were separated. J was taken to a "Dry" cell. where there are no Cameras. and J was beaten and assaulted while hand cuff. even (after) J Continue to Cough. Because J couldn't breath. Camera will show as J was escorted J was "Cuff" and No-Threat

(1)

2nd C.O. Ackerman, Participated in the assault and Battery.

3rd IV "Statement of Claim" on 9/18/21 After 11:00 A.M., Lt. (FNU) Cordero, was already Present upon my arrival accompany with staff. He was the one that open the door, where I was being Assaulted by several staff members, and allowed the officers to "Assault" me while "Hand Cuffed". Behind my Back. Lt. Cordero approval of assault as I was being Tortured, Without Cause, When he had thought that was enough, "He stated" O'kay! Thats enough, The Camera is Coming. When the Camera, Arrived. Staff "yelled" Stop! Resisting. But I I'm Cuffed, and why was I taken from The Cell In the first Place, because I merely ask for something to Clean up Blood, left behind by another inmate.

I was taken to medical and Seen by MS. Mathieu. for the "Asthma" NOT beating.

(2)

4th IV "Statement of Claim"

On 9/16/21 After 11:00 A.M., I was Assaulted by officer (FNU) Perrigan, who kicked my feet from under me while "Handcuff" and I could not break the fall, which Cause me to Sustain injury to my Shoulder and Hip. Thats when all Staff began to Kick, Stomp, Slap, Pull my hair. Ackerman, Perrigan, and four unknown others who had removed their name "Tags"

When I began to complain. I wasn't receiving my mail or was my mail going out. Per - C.O. Perrigan.

(3)

*Eighth Amendent*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*On 9/18/21 approximately A.M, I was "ASSAULTED" by "STAFF"*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
*USP Coleman I (SHU) "The hold", 9/18/21*

C. What date and approximate time did the events giving rise to your claim(s) occur?

9/18/21 After 11:00 A.M. Lunch Time.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Assaulted while restraint, denied Asthma Pump, denied food (FNU) Officers G. Ackerman, (FNU) Perrigan. "Assaulted" me. Lt.(FNU) encouraged and watch, and not stopped the assault. Warden (FNU) Antenelli. Had not held his staff responsible for the unproffessional behavior.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Chipped tooth, Pictures taken of Bruises given pain meds for injuries, X-Ray machine "not working" injury to shoulder, Back, Neck, & Head, from being kicked & punch

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Punitive damage, injuries Sustain during attack. pain and Suffering afterwords. in The amount of $~~~~~~~~ $300,000.00

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP Coleman I "S.H.U." (Hold)

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Deprived food, Assault & Battery, Beaten and Sprayed with Mace

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   at USP Coleman

2. What did you claim in your grievance?

   Denied food, inhumane Conditions, Assault & Battery. Beating, & maced

3. What was the result, if any?

   Unknown I was Transfered

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Yes.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

*Grievance was filed*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Grievance filed*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Informed Warden, Captain, SIS, Nothing Done!*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

    Plaintiff(s)     N/A

    Defendant(s)     N/A

2. Court (if federal court, name the district; if state court, name the county and State)

    N/A

3. Docket or index number

    N/A

4. Name of Judge assigned to your case

    N/A

5. Approximate date of filing lawsuit

    N/A

6. Is the case still pending?

    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition.

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  None
   Defendant(s) None

2. Court *(if federal court, name the district; if state court, name the county and State)*

   None

3. Docket or index number

   None

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition    none

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 10th, 2023

Signature of Plaintiff: Christopher Javar Mathews
Printed Name of Plaintiff: Christopher Javar Mathews
Prison Identification #: 76913-061
Prison Address: USP Hazelton
Bruceton Mills, WV 26525-2000

### B. For Attorneys

Date of signing: Pro-se

Signature of Attorney: Pro-Se
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address: